## In re Petition of MARSHALL.

### November 8, 1887.

#### 15 Pac. 772.

**Certiorari.—In a Suit to Condemn Land the Plaintiff Obtained,** in March, 1887, leave to amend complaint and summons filed December, 1886, by inserting the name of the petitioner herein as defendant, and in April, 1887, having consolidated with other railroad companies, obtained an order to substitute the consolidated company as plaintiff. Petitioner applied for a writ of certiorari. Held, that it must be denied.

Certiorari to Superior Court of San Diego County; J. D. Works, Judge.

J. H. Marshall petitioned for a writ of certiorari to the superior court of San Diego county. His name appeared in the body of a complaint in a condemnation suit, but not in the summons nor as defendant in the complaint filed December, 1886. Plaintiff, in the condemnation proceedings in March, 1887, obtained leave to amend the summons nunc pro tunc by inserting petitioner's name as defendant, and later the complaint was so amended, and in August, 1887, the complaint was amended by substituting a company as plaintiff.

J. G. Deakin (Myrick & Deering, of counsel) for petitioner; Lewis Chase, contra.

By the COURT.—In the above-entitled cause the application for a writ of review is denied.